1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADISCOV, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> AUTONOMY CORP., PLC, and <br><br> RECOMMIND, INC. <br><br> Defendants. | Case No.:   5:11-cv-02897-PSG <br><br> ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Current Date: July 5, 2011 <br> New Date:      July 12, 2011 <br> Time:               2:00 pm <br> Courtroom 5 (4th Floor) <br> Judge Paul S. Grewal |

The Court, having considered the Joint Stipulation to Continue Case Management Conference filed by Plaintiff Adiscov, L.L.C. and Defendants Autonomy Corp., plc and Recommind, Inc., and good cause appearing, HEREBY ORDERS as follows:

1. The initial Case Management Conference is continued to Tuesday, July 12, 2011 at 2:00 p.m.; and

2. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

ORDER GRANTING JOINT STIPULATION TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 5:11-CV-02897-PSG

WHITE & CASE LLP
ATTORNEYS AT LAW

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 27, 2011

_____
Judge Paul S. Grewal
Magistrate Judge