1  DARIN W. SNYDER (S.B. #136006)
   dsnyder@omm.com
2  ALEXANDER B. PARKER (S.B. #264705)
   aparker@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  Attorneys for Defendant
   RECOMMIND, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12 | ADISCOV, L.L.C.,                         | Case No.  5:11-cv-02897-PSG |
13 |            Plaintiff,                    | **NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** |
14 |     v.                                   | JUDGE:  HON. PAUL S. GREWAL |
15 | AUTONOMY CORP., PLC and RECOMMDIND, INC.,|                             |
16 |            Defendants.                   |                             |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Recommind, Inc. ("Recommind") hereby submits this NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER.

1. Recommind moves the Court to permit the withdrawal of Jeffrey W. Kilduff and Courtney A. Schmidt as counsel of record for Recommind in this matter, Case No. 5:11-cv-02897-PSG.

2. There is no prejudice to any party by the proposed withdrawal, as Darin W. Snyder and Alexander B. Parker have represented and will continue to represent Recommind in this matter. Mr. Kilduff and Ms. Schmidt are members of the bar of the Eastern District of Virginia and provided local counsel in this matter prior to its transfer to the Northern District of California. Pursuant to Local Rule 11-5, notice of this intended withdrawal of counsel has been provided to all counsel of record and the client.

Recommind hereby requests that the Court grant this motion and remove Jeffrey W. Kilduff and Courtney A. Schmidt as counsel of record in this matter and order that they be removed from any service lists.

Dated: June 29, 2011

DARIN W. SNYDER
ALEXANDER B. PARKER
O'MELVENY & MYERS LLP

By: */s Darin W. Snyder*
      Darin W. Snyder
Attorneys for Defendant
RECOMMIND, INC.

**ORDER**

Recommind, Inc.'s request to withdraw counsel is hereby **GRANTED**.  The Clerk of the Court is directed to remove Jeffrey W. Kilduff and Courtney A. Schmidt from the service list in this matter, Case No. 5:11-cv-02897-PSG

**IT IS SO ORDERED**.

Dated: July 1, 2011

_____
Hon. Paul S. Grewal
United States Magistrate Judge