Benedict O'Mahoney (SBN 152447)
Thomas E. Rossmeissl (SBN 150384)
Terra Law LLP
177 Park Ave., Third Floor
San Jose, CA 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terra-law.com
Email: trossmeissl@terra-law.com

Attorneys for Plaintiff Adiscov, LLC

Edward W. Goldstein, Esq. (Texas Bar No. 08099500)
Corby R. Vowell, Esq. (Texas Bar No. 24031621)
Califf T. Cooper, Esq. (Texas Bar No. 24055345)
GOLDSTEIN & VOWELL, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1515
Email: egoldstein@gviplaw.com
Email: cvowell@gviplaw.com
Email: ccooper@gviplaw.com

Attorneys for Plaintiff Adiscov, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>AUTONOMY CORP, PLC, et al.,<br><br>Defendants. | Civil Action No.: CV11-02897 PSG<br><br>**ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:      July 12, 2011<br>Time:      2:00 p.m.<br>Location:  Courtroom 5<br>Judge:     Hon. Paul S. Grewal |

Pursuant to Local Rule 16-10(a), counsel for Plaintiff, Adiscov LLC ("Adiscov") respectfully requests that the Court allow the telephonic appearance of lead counsel, Ed Goldstein, as well as Califf Cooper, at the Case Management Conference scheduled for July 12, 2011 at 2:00 p.m. in the above referenced matter. This request is made on the grounds that lead counsel is

1  located in Houston, TX. Accordingly, requiring personal appearance by Ed Goldstein and Califf
2  Cooper would impose an unnecessary hardship.
3      Adiscov's local counsel, Benedict O'Mahoney, will attend the Case Management
4  Conference in person.

Respectfully submitted,

Dated: June 30, 2011

/s/ Benedict O'Mahoney
Benedict O'Mahoney (SBN 152447)
Terra Law LLP
177 Park Ave., Third Floor
San Jose, CA 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terra-law.com

Attorneys for Plaintiff Adiscov, LLC


Edward W. Goldstein
Texas Bar. No. 08099500
GOLDSTEIN & VOWELL, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: egoldstein@gviplaw.com

Attorneys for Plaintiff Adiscov, LLC

CV-11-02897-PSG
1167688

-2-

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE HAVING BEEN SHOWN, Adiscov, LLC's lead counsel, Ed Goldstein and Califf Cooper, is permitted to participate by telephone in the Case Management Conference on July 12, 2011. Counsel is directed to call in as follows: <u>Contact Oscar Rivera, courtroom deputy to the undersigned, to make arrangements.</u>

**IT IS SO ORDERED**

Dated: <u>July 1, 2011</u>

*/s/ Paul S. Grewal*

Hon. Paul S. Grewal
United States Magistrate Judge

CV-11-02897-PSG
1167688

-3-