UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV, L.L.C., ) | Case No.: C 11-02897 PSG |
| ) Plaintiff, ) | **CASE MANAGEMENT ORDER** |
| ) v. ) | |
| ) AUTONOMY CORP., PLC, ET AL., ) | |
| ) Defendants. ) | |

On July 12, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is September 9, 2011.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure are modified as follows: (1) Each party shall be permitted to take up to 28 hours of fact depositions (including individual and 30(b)(6) depositions; (2) The deposition testimony of Albert Krachman will be limited to no more than 12 hours, including both his personal deposition and testimony pursuant to Rule 30(b)(6) which may be allocated

ORDER, *page 1*

among defendants as they choose; (3) Either side may seek leave of court for additional time; (4) Each party shall be limited to 75 requests for admission relating to substantive issues (there shall be no limits on requests for admission related to the authentication of documents); (5) The parties further agree to count the number of interrogatories in accordance with *Kendall v. GES Exposition Servs., Inc.*, 174 F.R.D. 684 (D. Nev. 1997).

IT IS FURTHER ORDERED that the case is referred to private mediation through JAMS.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Deadline for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions and Related Documents. | July 26, 2011 |
| Deadline for Defendant's Invalidity Contentions and Related Documents. | September 9, 2011 |
| Deadline for the Exchange of Proposed Terms and Claim Elements for Construction. | September 23, 2011 |
| Deadline for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence. | October 14, 2011 |
| File Joint Claim Construction Statement (limited to 10 terms unless leave of court is granted). | November 8, 2011 |
| Completion of Claim Construction Discovery. | December 30, 2011 |
| Deadline for Plaintiff's Opening Claim Construction Brief. | January 17, 2012 |
| Deadline for Defendant's Opposing Claim Construction Brief. | January 31, 2012 |
| Deadline for Plaintiff's Reply Claim Construction Brief. | February 7, 2012 |
| Tutorial. | February 21, 2012 |
| Claim Construction Hearing. | February 28, 2012 |
| Further Joint Case Management Report. | Within 30 days of claim construction ruling |
| Advice of Counsel Disclosure. | Within 50 days of claim construction ruling |
| Fact Discovery Cutoff. | July 27, 2012 |
| Designation of Opening Experts with Reports. | July 5, 2012 |
| Designation of Rebuttal Experts with Reports. | August 2, 2012 |

| | |
|---|---|
| Expert Discovery Cutoff. | August 17, 2012 |
| Deadline(s) for Filing Discovery Motions. | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on September 11, 2012 |
| Final Pretrial Conference. | 2:00 p.m. on October 23, 2012 |
| Trial | 9:30 a.m. on November 5, 2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: July 26, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."