| | |
|---|---|
| Benedict O'Mahoney (SBN 152447)<br>Terra Law LLP<br>177 Park Ave., Third Floor<br>San Jose, CA 95113<br>Telephone: (408) 299-1200<br>Facsimile: (408) 998-4895<br>Email: bomahoney@terra-law.com<br><br>Attorneys for Plaintiff Adiscov, LLC<br><br>Edward W. Goldstein, Esq.<br>Texas Bar No. 08099500<br>Califf T. Cooper, Esq.<br>Texas Bar No. 24055345<br>GOLDSTEIN & LIPSKI, PLLC<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1515<br>Email: egoldstein@gliplaw.com<br>Email: ccooper@gliplaw.com<br><br>Attorneys for Plaintiff Adiscov, LLC | DARIN W. SNYDER (S.B. #136006)<br>dsnyder@omm.com<br>ALEXANDER B. PARKER (S.B. #264705)<br>aparker@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:     (415) 984-8701<br><br>Attorneys for Defendant<br>RECOMMIND, INC.<br><br>NOAH A. BRUMFIELD (S.B. # 203653)<br>nbrumfield@whitecase.com<br>SHAMITA D. ETIENNE-CUMMINGS<br>(S.B. # 202090)<br>setienne@whitecase.com<br>BIJAL V. VAKIL (S.B. # 192878)<br>bvakil@whitecase.com<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Telephone:  (650) 213-0300<br>Facsimile:   (650) 213-8158<br><br>Attorneys for Defendant<br>AUTONOMY. CORP.. PLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTONOMY CORP, PLC, et al.,<br><br>　　　　　Defendants. | CASE NO. CV11-02897 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR CERTAIN CLAIM CONSTRUCTION DEADLINES**<br><br>[Civil L.R. 6-1, 6-2]<br><br>Honorable Paul S. Grewal<br>United States District Judge |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff, Adiscov, LLC ("Adiscov") and Defendants, Autonomy Corp PLC ("Autonomy") and Recommind, Inc. ("Recommind") respectfully request that the Court enter the following stipulation regarding the schedule set forth in the July 16, 2011 Case Management Order (Dkt. 100) for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence and Joint Claim Construction Statement for Patent L.R. 4-2 and 4-3 Disclosures.  The parties now AGREE AND STIPULATE to extend the following deadlines:

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Last Day for Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) | October 14, 2011 | October 28, 2011 |
| File Joint Claim Construction Statement (Patent L.R. 4-3) – limited to 10 terms unless leave of court granted | November 8, 2011 | November 22, 2011 |

### 1. Reason for the Request

The parties are in settlement negotiations and are hopeful a settlement can be reached before the next claim construction deadline.

### 2. Prior Time Modifications

The Initial Case Management Conference was previously extended by 7 days from July 5 to July 12.

### 3. Effect of Requested Modification

These extensions currently under discussion will have no effect on the dates for claim construction briefing or any subsequent deadlines in this case.

So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 13, 2011

_____
Honorable Paul S. Grewal
United States District Judge

| | |
|---|---|
| By: /s/ Edward W. Goldstein<br>    Edward W. Goldstein (Pro Hac Vice)<br><br>Califf T. Cooper (Pro Hac Vice)<br>GOLDSTEIN & LIPSKI, P.L.L.C.<br>1177 West Loop South, Suite 400<br>Houston, TX  77027<br>Tel:  713-877-1515<br>Fax:  713-877-1737<br>Email:  egoldstein@gliplaw.com<br>Email: ccooper@gliplaw.com<br><br>Benedict O'Mahoney<br>TERRA Law LLP<br>177 Park Avenue, Third Floor<br>San Jose, California  95113<br>Tel:  (408) 299-1200<br>Fax:  (408) 998-4895<br>Email:  bomahoney@terra-law.com<br><br><br>ATTORNEYS FOR PLAINTIFF | DARIN W. SNYDER<br>ALEXANDER B. PARKER<br>O'MELVENY & MYERS LLP<br><br>By: /s/ Darin W. Snyder<br>    Darin W. Snyder<br>Attorneys for Defendant<br>RECOMMIND, INC.<br><br>WHITE & CASE LLP<br><br>By:  /s/ Bijal V. Vakil<br>    Bijal V. Vakil<br><br>Attorneys for Defendant<br>AUTONOMY CORP., PLC |

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  October 10, 2011                    */s/ Edward W. Goldstein*_____
                                                                  Edward W. Goldstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: October 10, 2011                    /s/ Edward W. Goldstein_____
                                                          Edward W. Goldstein

-1-                                         Case No. 11-CV-02897 (PSG)
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
FOR CERTAIN CLAIM CONSTRUCTION DEADLINES