| | |
|---|---|
| Benedict O'Mahoney (SBN 152447)<br>Terra Law LLP<br>177 Park Ave., Third Floor<br>San Jose, CA 95113<br>Telephone: (408) 299-1200<br>Facsimile: (408) 998-4895<br>Email: bomahoney@terra-law.com<br><br>Edward W. Goldstein, Esq.<br>Texas Bar No. 08099500<br>Califf T. Cooper, Esq.<br>Texas Bar No. 24055345<br>GOLDSTEIN & LIPSKI, PLLC<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1515<br>Email: egoldstein@gliplaw.com<br>Email: ccooper@gliplaw.com<br><br>Attorneys for Plaintiff Adiscov, LLC | NOAH A. BRUMFIELD (S.B. # 203653)<br>nbrumfield@whitecase.com<br>SHAMITA D. ETIENNE-CUMMINGS<br>(S.B. # 202090)<br>setienne@whitecase.com<br>BIJAL V. VAKIL (S.B. # 192878)<br>bvakil@whitecase.com<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>Attorneys for Defendant<br>AUTONOMY, CORP., PLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV, L.L.C.,<br><br>          Plaintiff,<br><br>     v.<br><br>AUTONOMY CORP. PLC, et al.,<br><br>          Defendants. | CASE NO. CV11-02897 PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ALL CLAIMS BETWEEN ADISCOV, LLC AND AUTONOMY CORP, PLC WITH PREJUDICE**<br><br>Honorable Paul S. Grewal<br>United States District Judge |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, Adiscov, LLC ("Adiscov") and Defendant, Autonomy Corp PLC ("Autonomy") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Adiscov against Autonomy and all claims by Autonomy against Adiscov made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 32, 2011                              _/s/ Paul S. Grewal_
                                                      Honorable Paul S. Grewal
                                                      United States District Judge

| GOLDSTEIN & LIPSKI, P.L.L.C. | WHITE & CASE LLP |
|---|---|
| By: _/s/ Edward W. Goldstein_<br>Edward W. Goldstein (Pro Hac Vice) | By: _/s/ Bijal V. Vakil_<br>Bijal V. Vakil |
| Attorneys for Plaintiff<br>ADISCOV, LLC | Attorneys for Defendant<br>AUTONOMY CORP., PLC |

-1-                                                   Case No. 11-CV-02897 (PSG)
STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ALL CLAIMS
BETWEEN ADISCOV LLC AND AUTONOMY CORP. PLC

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: November 10, 2011                              */s/ Edward W. Goldstein*_____
                                                                            Edward W. Goldstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 10, 2011                                      /s/ Edward W. Goldstein_____
                                                                              Edward W. Goldstein