Benedict O'Mahoney (SBN 152447)
Terra Law LLP
177 Park Ave., Third Floor
San Jose, CA 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terra-law.com

Edward W. Goldstein, Esq.
Texas Bar No. 08099500
Califf T. Cooper, Esq.
Texas Bar No. 24055345
GOLDSTEIN & LIPSKI, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1515
Email: egoldstein@gliplaw.com
Email: ccooper@gliplaw.com

Attorneys for Plaintiff Adiscov, LLC

NOAH A. BRUMFIELD (S.B. # 203653)
nbrumfield@whitecase.com
SHAMITA D. ETIENNE-CUMMINGS
(S.B. # 202090)
setienne@whitecase.com
BIJAL V. VAKIL (S.B. # 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Defendant
AUTONOMY, CORP., PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV, L.L.C.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTONOMY CORP. PLC, et al.,<br><br>　　　　Defendants. | CASE NO. CV11-02897 PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ALL CLAIMS BETWEEN ADISCOV, LLC AND AUTONOMY CORP, PLC WITH PREJUDICE**<br><br>Honorable Paul S. Grewal<br>United States District Judge |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate
2 agreement, the Plaintiff, Adiscov, LLC ("Adiscov") and Defendant, Autonomy Corp PLC
3 ("Autonomy") have agreed to settle, adjust and compromise all claims in the above-captioned
4 action.  The parties, therefore, move this Court to dismiss the above-entitled cause and all claims
5 by Adiscov against Autonomy and all claims by Autonomy against Adiscov made therein with
6 prejudice to the re-filing of same.
7    The parties further move the Court to order that all costs and expenses relating to this
8 litigation (including attorney and expert fees and expenses) shall be borne solely by the party
9 incurring same.
10   So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 32, 2011                              _/s/ Paul S. Grewal_____
                                                       Honorable Paul S. Grewal
                                                       United States District Judge

| GOLDSTEIN & LIPSKI, P.L.L.C. | WHITE & CASE LLP |
|---|---|
| By:  /s/ Edward W. Goldstein_____<br>     Edward W. Goldstein (Pro Hac Vice) | By:  /s/ Bijal V. Vakil_____<br>     Bijal V. Vakil |
| Attorneys for Plaintiff<br>ADISCOV, LLC | Attorneys for Defendant<br>AUTONOMY CORP., PLC |

-1-                                                                 Case No. 11-CV-02897 (PSG)
STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ALL CLAIMS
BETWEEN ADISCOV LLC AND AUTONOMY CORP. PLC

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated:  November 10, 2011                               */s/ Edward W. Goldstein*_____
                                                                                    Edward W. Goldstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 10, 2011                          /s/ Edward W. Goldstein_____
                                                                    Edward W. Goldstein