| | |
|---|---|
| Benedict O'Mahoney (SBN 152447)<br>Terra Law LLP<br>177 Park Ave., Third Floor<br>San Jose, CA 95113<br>Telephone: (408) 299-1200<br>Facsimile: (408) 998-4895<br>Email: bomahoney@terra-law.com<br><br>Edward W. Goldstein, Esq.<br>Texas Bar No. 08099500<br>Califf T. Cooper, Esq.<br>Texas Bar No. 24055345<br>GOLDSTEIN & LIPSKI, PLLC<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1515<br>Email: egoldstein@gliplaw.com<br>Email: ccooper@gliplaw.com<br><br>Attorneys for Plaintiff Adiscov, LLC | DARIN W. SNYDER (S.B. #136006)<br>dsnyder@omm.com<br>ALEXANDER B. PARKER (S.B. #264705)<br>aparker@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:   (415) 984-8701<br><br>Attorneys for Defendant<br>RECOMMIND, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV, L.L.C.,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTONOMY CORP. PLC, et al.,<br><br>   Defendants. | CASE NO. CV11-02897 PSG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO DISMISS ALL CLAIMS**<br>**BETWEEN ADISCOV, LLC AND**<br>**RECOMMIND, INC.**<br><br>Honorable Paul S. Grewal<br>United States District Judge |

1   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Adiscov, LLC
2   ("Adiscov") and Defendant, Recommind, Inc. ("Recommind") have agreed to resolve all claims in
3   the above-captioned action.  The parties, therefore, move this Court to dismiss the above-entitled
4   cause and all claims by Adiscov against Recommind with prejudice and all claims by Recommind
5   against Adiscov without prejudice to the re-filing of same.

6   The parties further move the Court to order that all costs and expenses relating to this
7   litigation (including attorney and expert fees and expenses) shall be borne solely by the party
8   incurring same.

9   So Stipulated.

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14  DATED:  November _22, 2011               _____
15                                            Honorable Paul S. Grewal
16                                            United States District Judge

| GOLDSTEIN & LIPSKI, P.L.L.C. | DARIN W. SNYDER<br>ALEXANDER B. PARKER<br>O'MELVENY & MYERS LLP |
|---|---|
| By: _/s/ Edward W. Goldstein_____<br>     Edward W. Goldstein (Pro Hac Vice) | By: /s/ Darin W. Synder_____<br>     Darin W. Snyder |
| Attorneys for Plaintiff<br>ADISCOV, LLC | Attorneys for Defendant<br>RECOMMIND, INC. |

1 | **ATTESTATION**

2 | I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of
3 | this document has been obtained from the signatories.

4 | Dated:  November 22, 2011                       */s/ Edward W. Goldstein*_____
                                                              Edward W. Goldstein
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 22, 2011 　　　　　　　　　　　　　　　　／s/ *Edward W. Goldstein*＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward W. Goldstein

-1-　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-CV-02897 (PSG)
STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
BETWEEN ADISCOV LLC AND RECOMMIND, INC.