| | |
|---|---|
| Benedict O'Mahoney (SBN 152447)<br>Terra Law LLP<br>177 Park Ave., Third Floor<br>San Jose, CA 95113<br>Telephone: (408) 299-1200<br>Facsimile: (408) 998-4895<br>Email: bomahoney@terra-law.com | DARIN W. SNYDER (S.B. #136006)<br>dsnyder@omm.com<br>ALEXANDER B. PARKER (S.B. #264705)<br>aparker@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| Edward W. Goldstein, Esq.<br>Texas Bar No. 08099500<br>Califf T. Cooper, Esq.<br>Texas Bar No. 24055345<br>GOLDSTEIN & LIPSKI, PLLC<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1515<br>Email: egoldstein@gliplaw.com<br>Email: ccooper@gliplaw.com | Attorneys for Defendant<br>RECOMMIND, INC. |

Attorneys for Plaintiff Adiscov, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADISCOV, L.L.C.,<br><br>        Plaintiff,<br><br>   v.<br><br>AUTONOMY CORP. PLC, et al.,<br><br>        Defendants. | CASE NO. CV11-02897 PSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO DISMISS ALL CLAIMS<br>BETWEEN ADISCOV, LLC AND<br>RECOMMIND, INC.**<br><br>Honorable Paul S. Grewal<br>United States District Judge |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Adiscov, LLC
2  ("Adiscov") and Defendant, Recommind, Inc. ("Recommind") have agreed to resolve all claims in
3  the above-captioned action.  The parties, therefore, move this Court to dismiss the above-entitled
4  cause and all claims by Adiscov against Recommind with prejudice and all claims by Recommind
5  against Adiscov without prejudice to the re-filing of same.
6  The parties further move the Court to order that all costs and expenses relating to this
7  litigation (including attorney and expert fees and expenses) shall be borne solely by the party
8  incurring same.
9  So Stipulated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November _22, 2011                          _Paul S. Grewal_____
                                                    Honorable Paul S. Grewal
                                                    United States District Judge

| GOLDSTEIN & LIPSKI, P.L.L.C. | DARIN W. SNYDER |
|---|---|
|  | ALEXANDER B. PARKER |
| By:  /s/ Edward W. Goldstein_____ | O'MELVENY & MYERS LLP |
|      Edward W. Goldstein (Pro Hac Vice) |  |
|  | By: /s/ Darin W. Synder_____ |
| Attorneys for Plaintiff |      Darin W. Snyder |
| ADISCOV, LLC |  |
|  | Attorneys for Defendant |
|  | RECOMMIND, INC. |

-1-  Case No. 11-CV-02897 (PSG)
STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
BETWEEN ADISCOV LLC AND RECOMMIND, INC.

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: November 22, 2011
　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward W. Goldstein_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward W. Goldstein

-1-　　　　　　　　　　　　　　　　　　Case No. 11-CV-02897 (PSG)
STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
BETWEEN ADISCOV LLC AND RECOMMIND, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  November 22, 2011                    */s/ Edward W. Goldstein*_____
                                                                  Edward W. Goldstein